

RECEIVED
IN LAKE CHARLES, LA

OCT 0 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TERRY PEET** | * | **CIVIL ACTION NO. 2:16-CV-00626** |
| | * | |
| **v.** | * | |
| | * | **JUDGE MINALDI** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.** | * | |
| | * | |
| | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

For the reasons stated in the Report and Recommendation (Rec. Doc. 27) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion to Remand (Rec. Doc. 9) is **DENIED** because the court has federal question jurisdiction over the claims.

Lake Charles, Louisiana, this 4 day of Oct., 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE